UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ETHAN SHEPPARD MCKINNEY,<br><br>              Petitioner,<br><br>   v.<br><br>SNOHOMISH COUNTY CORRECTIONS,<br><br>              Respondent. | CASE NO. 2:22-cv-01089-TL-BAT<br><br>ORDER OF DISMISSAL |

The Court has reviewed the Report and Recommendation (Dkt. No. 4) of the assigned United States Magistrate Judge and the remaining record. No objections have been filed.

The Court also notes that mail addressed to Petitioner Ethan Sheppard McKinney has been returned as undeliverable on two occasions, on August 11, 2022, and September 23, 2022. Dkt. Nos. 3, 5. Under Local Civil Rule 41(b)(2), "[a] party proceeding pro se shall keep the court and opposing parties advised as to his or her current mailing address," which Mr. McKinney has failed to do.

Accordingly, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation (Dkt. No. 4).

(2)     The case is DISMISSED without prejudice.

ORDER OF DISMISSAL - 1

(3)   Issuance of a certificate of appealability is DENIED.

(4)   The Clerk is DIRECTED to send a copy of this Order to the Petitioner.

Dated this 4th day of October 2022.

_____
Tana Lin
United States District Judge

ORDER OF DISMISSAL - 2